1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | CASE NO. 13-CV-1071 W (BLM) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 11]** |
| v. | |
| RICHARD LUA, | |
| Defendant. | |

On June 25, 2014, the parties filed a joint motion to dismiss this case without prejudice, and requested that the Court retain jurisdiction. The motion further provided that if "no Party referenced above has filed a motion to reopen this action by August 20, 2014, the dismissal shall be deemed with prejudice." (*Mt.* [Doc. 11], 1:25–26.)

To date, the parties have not contacted the Court to "reopen this action" or otherwise raise an issue related to the settlement agreement. Accordingly, the Court

1  **ORDERS** this matter **DISMISSED WITH PREJUDICE**. The parties' request that
2  the Court retain jurisdiction to enforce the settlement agreement is **DENIED**.[1]
3  In light of the dismissal, the motion for default judgment [Doc. 7] is
4  **TERMINATED**.
5  **IT IS SO ORDERED.**

7  DATE: August 22, 2014

8  _____
   Hon. Thomas J. Whelan
9  United States District Judge

---

[1] On June 30, 2014, the Court's law clerk contacted the Law Offices of Thomas P. Riley. A message was left stating that the Court would not retain jurisdiction, but that counsel could contact the Magistrate Judge to ask if the Magistrate Judge would retain jurisdiction. To date, there is no record that Plaintiff's counsel contacted the Magistrate Judge.